In the Matter of the Application of Clarence M. Crossman, Appellant, v. The F. E. Conley Stone Company, Respondent, to Recover Possession of Real Estate.— Order affirmed, with costs. All concurred.

Dennis L. Wright, Respondent, v. Knights of the Maccabees of the World Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Spring, J., not sitting.

Byram Moulton, Respondent, v. Erie Railroad Company, Appellant.— Judgment and orders affirmed, with costs. All concurred.

James W. Thayer, an Infant, by Charles Kilkeny, His Guardian ad Litem, Respondent, v. Utica Knitting Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on authority of same case reported in 183 New York, 18. All concurred.

Bank of North Collins, Respondent, v. M. Fillmore Brown and Others, Appellants.— Judgment affirmed, with costs. All concurred.

The Le Roy Hydraulic Electric and Gas Company, Appellant, v. Antonio-Caccamise, Respondent.— Judgment affirmed, with costs. All concurred.

Anna J. Rundell, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Emma Baynes, Respondent, v. Henry T. Baynes, Impleaded with Frederick A. Baynes, Appellant.— Judgment and order affirmed, with costs. All concurred.

Milton Clark, Appellant, v. Henry C. Bowers, Respondent.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, and Kruse, J., not voting.

William H. Marson, Respondent, v. Frank F. Foley and Elmer A. Taft, Appellants, Impleaded with Caroline Foley.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James C. Fargo and Franklin D. Locke, as Surviving Executors, etc., of William G. Fargo, Deceased, Respondents, v. Herbert G. Squiers and Others, Respondents, Impleaded with Anna E. Albree and Mary C. Balliett, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Edrick H. Farrand and Others, Appellants, v. Amelia E. Wiley, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint, if so advised, upon payment of the costs of this appeal and the costs allowed on the motion. All concurred.

Matilda J. Lindstrom, Respondent, v. Minnie Silsby, Appellant.— Judgment modified by deducting therefrom two items, one of $50 for commissions and one of $7, expense of moving, thus reducing the damage to the sum of $263.10, as of date of entry of judgment, and as so modified the judgment is affirmed, with costs of this appeal to the respondent. All concurred.

Louis C. Mance, Respondent, v. George A. Hosington, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. unless within forty days from date of service of a copy of this order, with notice of entry hereof, appellant file and